# Court of Appeals
# of the State of Georgia

ATLANTA,  November 13, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0118. DEVIN SHEPARD v. REBECCA E. CAPES et al.**

Applicant Devin Shepard has filed a motion to withdraw this application for discretionary appeal. Upon review, the motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  11/13/2024

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*